<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7725**

CLAUDE CARPENTER,

             Plaintiff - Appellant,

      v.

C.T. WOODY, Sheriff; BURNETT, Lt. Col.; ROBINSON, Capt.,
Medical Dept.; DR. FURMAN; RICHMOND SHERIFF'S DEPARTMENT,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:08-cv-00143-RLW)

Submitted:  March 31, 2009          Decided:  April 14, 2009

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Claude Carpenter, Appellant Pro Se.  Robert A. Dybing, Thomas
Douglas Lane, THOMPSON MCMULLAN, PC, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Carpenter appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carpenter v. Woody, No. 3:08-cv-00143-RLW (E.D. Va. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED